

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:          Elizabeth Thomas v. Meritage Homes of Texas et al

Appellate case number:     01-15-00863-CV

Trial court case number:    2014-54729

Trial court:                          61st District Court of Harris County

On December 11, 2015, this court ordered that the above-referenced appeal was stayed due to bankruptcy. *See* 11 U.S.C. § 362(a) (2011); TEX. R. APP. P. 8.1, 8.2. On January 14, 2016, appellant, Elizabeth Thomas, filed a motion stating that the United States Bankruptcy Court had dismissed the bankruptcy petition. Appellant therefore requests that we reinstate this appeal.

Accordingly, we **grant** appellant's motion and **reinstate** this case on the Court's active docket. *See* TEX. R. APP. P. 8.3(a).

Appellant's brief is ORDERED to be filed no later than 20 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 20 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
             ☒  Acting individually     ☐  Acting for the Court

Date: January 21, 2016